IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01828-BNB

KENNETH T. MUSCH,

    Applicant,

v.

RICK RAEMISCH,

    Respondent.

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On July 21, 2014, Applicant filed a Motion to Amend (ECF No. 6), in which he asks the Court to remove Rick Raemisch as the named Respondent, and to add the wardens of Crowley County Correctional Facility, Fremont Correctional Facility, Arkansas Correctional Facility, and a former case manager, as Respondents. Applicant was incarcerated at the Buena Valley Correctional Complex at the time he initiated this action on July 1, 2014. As such, the only proper respondent to this action is the warden of that facility.

    The Motion to Amend (ECF No. 6) is DENIED. Applicant shall have **thirty (30) days from the date of this minute order** to comply with the July 1, 2014 Order Directing Applicant to Cure Deficiencies. Failure to comply with this minute order and with the July 1 Order may result in dismissal of this action without further notice.

Dated: July 23, 2014